IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IQTADAR AHMED,

      Plaintiff,                                      No. CIV S-10-3069 GEB EFB PS

      vs.

SAN JOAQUIN REGIONAL
RAIL COMMISSION,

      Defendant.                                  <u>ORDER</u>

_____/

      This case, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On June 7, 2011, the undersigned granted defendant's motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), but provided plaintiff thirty days to file an amended complaint. Dckt. No. 21. Then, on June 30, 2011, the undersigned granted plaintiff's motion for a thirty day extension of time to file his amended complaint. Dckt. No. 23.

      On July 28, 2011, plaintiff filed a further motion for an extension of time to file his amended complaint. Dckt. No. 24. Plaintiff contends that he needs another ten days to file his amended complaint. *Id.*

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file an amended complaint, Dckt. No. 24, is granted.

2. Plaintiff has until August 15, 2011 to file an amended complaint, as provided in the June 7, 2011 order. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed.

3. The status conference currently scheduled for August 17, 2011, is rescheduled for December 21, 2011 at 10:00 a.m. in Courtroom No. 24.

4. On or before December 7, 2011, the parties shall file status reports addressing the matters referenced in the court's November 23, 2010 order.

DATED: August 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2