IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IQTADAR AHMED,

    Plaintiff,                              No. 2:10-cv-3069-GEB-EFB PS

    vs.

SAN JOAQUIN REGIONAL
RAIL COMMISSION,

    Defendant.                           FINDINGS AND RECOMMENDATIONS
_____/

    This case, in which plaintiff is proceeding *in forma pauperis* and *in propria persona*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On June 27, 2012, the undersigned dismissed plaintiff's second amended complaint, but provided plaintiff thirty days to file a third amended complaint. Dckt. No. 41. The order explained that "[f]ailure to timely file a third amended complaint in accordance with this order will result in a recommendation this action be dismissed." *Id.* at 11.

    The deadline has now passed and plaintiff has not filed a third amended complaint.[1]

////

---

[1] Instead, on July 25, 2012, plaintiff filed a notice with the court indicating that because he does not understand "what Title VII means" and was unable to obtain legal assistance, he "leave[s] the final decision upon the respected courts and honorable judge." Dckt. No. 42.

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice, and that the Clerk be directed to close this case.  Fed. R. Civ. P. 41(b); L.R. 110.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:   August 27, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE